28 So.2d 804

## Glen LINDSEY v. STATE.
### 8 Div. 368.

Supreme Court of Alabama.
Jan. 23, 1947.

J. Foy Guin, of Russellville, for petitioner.

Wm. N. McQueen, Atty. Gen., for respondent.

LIVINGSTON, Justice.

Petition of Glen Lindsey for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Lindsey v. State, 28 So.2d 799.

Writ denied.

GARDNER, C. J., and BROWN and SIMPSON, JJ. concur.